IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDY KING**                                                                                    **PLAINTIFF**
*ADC #756324*

V.                          CASE NO. 3:24-cv-00133-BSM

**P. MALOTT**                                                                                    **DEFENDANT**

## ORDER

Having reviewed the record carefully, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 12] is adopted.

Candy King's second amended complaint [Doc. No. 10] is dismissed without prejudice, for failure to state a claim upon which relief may be granted. This dismissal counts as a strike for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of December, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE