IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDY KING**  PLAINTIFF
*ADC #756324*

V.   CASE NO. 3:24-cv-00133-BSM

**P. MALOTT**  DEFENDANT

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE